**EXHIBIT A**



# In-Office and Telemedicine Appointments for Pain Available!

Pain Management Consultants is accepting appointments for in-office visits for urgent matters – as well as telemedicine appointments for non-urgent matters.

Pain Management Consultants is making telemedicine immediately available to its affiliated providers and their patients seeking treatment of acute and chronic pain. By quickly deploying telemedicine, not only is PMC providing an essential service to those  suffering with pain, it is also helping to ensure patients don't end up in overburdened Emergency Rooms, where the risk of contracting coronavirus will surely be higher.

Providers interested in scheduling appointments for patients may call PMC directly at the number below. Patients may also visit the PMC website to facilitate immediate scheduling.

---

**Bonita Springs** • **Cape Coral** • **Fort Myers**

**(239) 333-1177**

Patients may also schedule an appointment online at **TreatingPain.com**

---

**About Pain Management Consultants:** Pain Management Consultants is an affiliate of National Spine and Pain Centers (NSPC). For more than 30 years, NSPC affiliated providers have been pioneers in the relief of chronic and acute pain, through minimally invasive procedures and leading-edge clinical research. Today, with more than 70 locations and 750 medical professionals facilitating nearly 1 million patient visits a year, NSPC continues to be the healthcare brand more people trust for access to pain relief providers than any other. NSPC's stated mission is to end needless human pain and suffering by facilitating world-class care. For more information, visit www.treatingpain.com.

Medical services available in Florida at locations branded as Pain Management Consultants are provided by Spine Center of FL, LLC.