# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, <br><br>　　　　　　　Plaintiff, <br><br>　　v. <br><br>NATIONAL SPINE AND PAIN CENTERS LLC, a Delaware limited liability company, SPINE CENTER OF FL, LLC and PAIN MANAGEMENT CONSULTANTS OF SOUTHWEST FLORIDA, P.L., Florida limited liability companies, <br><br>　　　　　　　Defendants. | Case No.: 2:20-cv-430 -FtM-66MRM |

## PLAINTIFF'S MOTION FOR ENTRY OF AUTHORIZATION ORDER UNDER THE CABLE ACT

Plaintiff, SCOMA CHIROPRACTIC, P.A., pursuant to the Cable Communication Policy Act of 1984, 47 U.S.C. § 551(c)(2)(B) ("Cable Act"), respectfully requests entry of an Order authorizing disclosure of personally identifiable information in response to subpoenas Plaintiff intends to serve for purposes of identifying a stand-alone fax machine class.

In support of this motion, Plaintiff submits the attached memorandum.

*Local Rule 3.01(g) certification*

On April 8, 2021, Plaintiff's counsel, Ryan M. Kelly, hereby certifies that prior to filing this motion, he conferred with Defendants' counsel via telephone. Defendants' counsel objects to the relief sought in this motion.

                                  Respectfully submitted,

                                  s/Ryan M. Kelly
                                  Ryan M. Kelly – FL Bar No.: 90110
                                  ANDERSON + WANCA
                                  3701 Algonquin Rd., Suite 500
                                  Rolling Meadows, IL 60008
                                  Telephone:  847-368-1500
                                  rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                            s/ Ryan M. Kelly