UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A., a Florida
corporation, individually and as the
representative of a class of similarly situated
persons,

      Plaintiff,

v.                                                             Case No. 2:20-cv-430-JLB-MRM

NATIONAL SPINE AND PAIN CENTERS
LLC, a Delaware limited liability company,
SPINE CENTER OF FLORIDA, LLC, and
PAIN MANAGEMENT CONSULTANTS OF
SOUTHWEST FLORIDA, P.L., Florida
limited liability companies,

      Defendants.
_____

**ORDER**

The Court previously granted Plaintiff Scoma Chiropractic, P.A.'s ("Scoma") motion for authorization to subpoena third-party phone carriers under the Cable Communications Policy Act of 1984 ("Cable Act"). 47 U.S.C. §§ 521–73. (Doc. 69.) Scoma now moves for clarification of the Court's order to ask whether it should attach the Court's order in its entirety to the subpoenas, or instead attach a proposed order that it previously submitted with its motion. (Doc. 70 at 2.)

Scoma prefers that its original proposed order (Exhibit A) be included rather than the full order; alternatively, Scoma prepared a second proposed order (Exhibit B) that more closely tracks the language of the Court's order but is nevertheless abridged. The Court ordered Defendants to file an expedited response, in which

they argued that the Court's full order should be attached rather than either of Scoma's proposed orders. (Doc. 73.) But if they had to choose, Defendants would prefer Scoma's second proposed order (Exhibit B).

After carefully reviewing the parties' arguments, the Court agrees with Defendants that a short-form order is unnecessary, and the Court's full order (Doc. 69) should be attached to the subpoenas. The Court also advises the parties that it would be prudent to confer and agree on matters like this in the future.

Scoma's motion is **GRANTED** to the limited extent that it has received clarification in the form of this order.

**ORDERED** in Fort Myers, Florida, on November 10, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE