UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A.,<br><br>*Plaintiff/Appellant/<br>Cross-Appellee*,<br><br>v.<br><br>NATIONAL SPINE AND PAIN CENTERS LLC; AND PAIN MANAGEMENT CONSULTANTS OF SOUTHWEST FLORIDA, P.L.,<br><br>*Defendants/Appellees/<br>Cross-Appellants*,<br><br>SPINE CENTER OF FLORIDA, LLC,<br><br>*Defendant*,<br><br>UNITED STATES OF AMERICA,<br><br>*Intervenor/Cross-Appellee.* | Civil No. 2:20-cv-430-JLB-MRM |

NOTICE OF CONDITIONAL CROSS-APPEAL

On September 21, 2023, plaintiff Scoma Chiropractic, P.A. filed a notice of appeal to the U.S. Court of Appeals for the Eleventh Circuit. Pursuant to Federal Rule of Appellate Procedure 4(a)(3), defendants National Spine and Pain Centers LLC and Pain Management Consultants of Southwest Florida, P.L. (the appealing defendants) now hereby give notice of their conditional cross-appeal to the United States Court of Appeals for the Eleventh Circuit.

This conditional cross-appeal is taken from the August 23, 2023, final judgment entered in this case (Dkt. 188) and the orders merged therein, including the March 21, 2021, denial of defendants' motion to dismiss (Dkt. 53); the November

1

3, 2022, denial of defendants' motion for summary judgment (Dkt. 141); and the May 11, 2023, partial grant of Scoma's motion for summary judgment (Dkt. 159).

Around the same time as the filing of this notice, the appealing defendants will file a motion to dismiss Scoma's appeal for lack of jurisdiction in the Court of Appeals, on the ground that Scoma lacks standing to appeal from a final judgment granting it all the relief it asked for and that its claims are moot. The appealing defendants seek review of the district court's interlocutory legal rulings only in the event that the Court of Appeals denies dismissal of Scoma's appeal. If the Court of Appeals dismisses Scoma's appeal for want of appellate jurisdiction, this conditional cross-appeal will terminate by its own terms.

        Respectfully submitted,

        /s/ *Michael B. Kimberly*

| | |
|---|---|
| Michael B. Kimberly (*pro hac vice*) | Kamal H. Sleiman (FBN #105574) |
| MCDERMOTT WILL & EMERY LLP | MCDERMOTT WILL & EMERY LLP |
| 500 North Capitol Street NW | 333 SE 2nd Avenue, Suite 4500 |
| Washington, DC 20001 | Miami, Florida 33131 |
| Telephone: (202) 756 8901 | Telephone: (305) 358 3500 |
| Email: mkimberly@mwe.com | Email: ksleiman@mwe.com |

Matthew L. Knowles (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, 58th Floor
Boston, Massachusetts 02116
Telephone: (617) 535 4000
Email:  mknowles@mwe.com

*Counsel for Defendants*         October 3, 2021

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

October 3, 2023 /s/ *Michael B. Kimberly*